UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KALEB HARRIS,

Plaintiff

v.

JEREMY BEAN, et al.,

Defendants

Case No. 2:26-cv-02386-GMN-DJA

**ORDER**

On August 4, 2026, *pro se* Plaintiff Kaleb Harris, an inmate in the custody of the Nevada Department of Corrections, submitted an application to proceed *in forma pauperis*. ECF No. 1. But Plaintiff did not file a complaint. The Court orders Plaintiff to file a signed complaint detailing the allegations of any potential claims.

## I. DISCUSSION

"A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." LSR 2-1. And the complaint must be signed personally by the unrepresented party. Fed. R. Civ. P. 11(a).

## II. CONCLUSION

Accordingly, for the reasons stated above,

IT IS THEREFORE ORDERED that, no later than **September 11, 2026**, Plaintiff must submit a signed complaint to this Court.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complaint.

///

The Clerk of the Court is **INSTRUCTED** to send Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint with instructions.

DATED: August 12, 2026

UNITED STATES MAGISTRATE JUDGE